May 16, 2011

RECEIVED
MAY 18 2011
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

The Honorable William Lawrence
U.S. District Court for the Southern
District of Indiana
921 Ohio Street
Terre Haute, Indiana 47802

2011 MAY 18 AM 11:21
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK
FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION

U.S. v. Robbin Welker
Case No.: 2:08CR00015-001

Dear Judge Lawrence:

On May 11, 2011, I was advised by my attorney that he was not able to file a motion under 28 USC 2255, and that I had until May 12, 2011 (the very next day) to file the motion.

Please treat this letter as a request for Leave to file the motion under 28 U.S.C 2255. I need an extension due to my attorney's eleventh hour notification.

Sincerely,
Robbin Welker

⇔09137-028⇔
Robbin Welker
09137-028
P.O. Box 3000
Bruceton Mills, WV - 26525
United States