# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | 2:08-CR-15-WTL-CMM-1 |
| ) | |
| ROBBIN WELKER, ) | |
| ) | |
| Defendant. ) | |

## ENTRY

The defendant has filed a letter in which he states that he needs an extension of time to file a motion pursuant to 28 U.S.C. § 2255. This request [349] is **denied as premature.** "An analysis of timeliness must wait for the papers to which the question applies." *In re Maxy*, 674 F.3d 658, 660 (7th Cir. 2012).

**IT IS SO ORDERED.**

Date: 05/01/2012

Distribution:

Robbin Welker
09137-028
USP
P.O. Box 3000
Bruceton Mills, WV  26525

Bradley.blackington@usdoj.gov

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana